

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/17/2015

| | | |
|---|---|---|
| IN RE: § | | |
| SADLER CLINIC, PLLC, *et al* § | CASE NO: 12-34546 | |
| Debtor(s) § | | |
| § | CHAPTER 7 | |
| § | | |
| ALLISON D. BYMAN, CHAPTER 7 § | | |
| TRUSTEE § | | |
| Plaintiff(s) § | | |
| § | | |
| VS. § | ADVERSARY NO. 14-03231 | |
| § | | |
| ANGELICA TEXTILE SERVICES, INC. § | | |
| Defendant(s) § | | |

## ORDER

Pursuant to the memorandum opinion issued on April 17, 2015, the subpoena issued to Strasburger & Price, LLP for production of its internal memorandum is quashed.

SIGNED **April 17, 2015.**

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE